# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:06-CR-00239-RCJ |
| | Case No.:  2:16-CV-01448-RCJ |
| Plaintiff, | USCA Case No.:  17-15097 |
| v. | |
| HARLON B. JORDAN, | |
| Defendant. | |
| AND | |
| | Case No.:  2:06-CR-00239-RCJ |
| DOMINIC A. DAVIS, | Case No.:  2:16-CV-01454-RCJ |
| | USCA Case No.:  17-15100 |
| Defendant. | **ORDER ON MANDATE** |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit having affirmed the District Court, issued its mandate (ECF No. 258) on November 5, 2020, and the Court being fully advised in the premises,

NOW THEREFORE IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED:  This 23rd day of November, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE